LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:       lcarteen@bakerlaw.com

BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone:   513.929.3400
Facsimile:   513.929.0303
Email:       bbaumgartner@bakerlaw.com
             rharvey@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone:   202.861.1500
Facsimile:   202.861.1783
Email:       lsimowitz@bakerlaw.com

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WEBKINZ ANTITRUST LITIGATION | Case No. M:08-CV-01987 JSW<br><br>**DEFENDANTS GANZ, INC. AND GANZ U.S.A., LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON DENYING REQUEST**<br><br>Date:   February 27, 2009<br>Time:   1:30 p.m.<br>Judge:  Hon. Jeffrey S. White<br>Ctrm:   Courtroom 2, 17th Floor |

CV 08 2873 JSW

DEFENDANTS GANZ, INC. AND GANZ U.S.A., LLC'S
REQUEST TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

Defendants Ganz, Inc. and Ganz U.S.A., LLC respectfully request that, in addition to appearing in person through lead counsel Bruce Baumgartner and Lee Simowitz at the February 27, 2009 Case Management Conference, that Lisa Carteen be permitted to participate in the conference by telephone.

Dated: February 20, 2009

BAKER & HOSTETLER LLP
LISA I. CARTEEN

BAKER & HOSTETLER LLP
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY

BAKER & HOSTETLER LLP
LEE H. SIMOWITZ

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**ORDER**

IT IS ~~SO ORDERED.~~ DENIED.

Dated: February 23, 2009

Jeffrey S. White
United States District Judge

502278224.1