# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: WEBKINZ ANTITRUST LITIGATION,

SCOTT COMSTOCK AND SHERRI COMSTOCK d/b/a individually and on behalf of all others similarly situated,
    Plaintiff,
v.
GANZ, INC.. and GANZ USA, LLC.
    Defendants.

Case No.: M:08-cv-01987-JSW

**STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS**

Plaintiff SCOTT COMSTOCK AND SHERRI COMSTOCK d/b/a THE CHESHIRE CAT and THE SPOTTED CROCODILE, and Defendants Ganz, Inc. and Ganz U.S.A., LLC stipulate to the following ADR process: **Private Process.**

The above-referenced parties have met and conferred and agree to private mediation but have not determined the provider.

Dated: February 26, 2009

By:   */s/* (with permission)
ARTHUR S. GOLD (*pro hac vice*)
asg@gcjusticed.com
Gold & Coulson
11 S. LaSalle St., Suite 2402
Chicago, IL
Telephone: (312) 372-0777
*Attorney for Scott Comstock and SherriComstock, d/b/a*

By:   */s/* (with permission)
LISA I. CARTEEN
(lcarteen@bakerlaw.com) (CA#204764)
BAKER & HOSTETLER, LLP
12100 Wilshire Blvd., 15th Flr.
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
*Attorney for GANZ, INC., and GANZ USA, LLC*

1 IT IS SO ORDERED:

2 Dated: March 2, 2009

3 JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS
Case No: M:08-cv-01987- JSW