# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WEBKINZ ANTITRUST LITIGATION ) ) ) ) | Case No. M:08-cv-01987 JSW<br><br>MDL N0. 1987 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL**<br><br>**[FED. R. CIV. P. 23(g)]** |

PURSUANT to this Court's February 27, 2009 Minute Order requesting a motion or stipulation re lead counsel;

WHEREAS, the Plaintiffs have met and conferred through counsel;

IT IS THEREFORE STIPULATED, CONSENTED TO, AND AGREED that pursuant to Federal Rule of Civil Procedure 23(g), Cotchett, Pitre and McCarthy shall be appointed interim lead counsel for the following consolidated actions:

- *Nuts for Candy v. Ganz, Inc., et al.*, Case No. 3:08-02873-JSW;
- *Scott Comstock, et al. V. Ganz, Inc., et al.*, Case No. 1:08-4167;
- *Cortes County Stores, Inc., etc. v. Ganz, Inc. et al.,* Case No. 1:08-11184; and
- *The Phipps Corporation, d/b/a School Crossing, Inc. v. Ganz, Inc. et al.,* Case No. 08-5235-JSW

As demonstrated by the application filed in *Nuts for Candy v. Ganz, Inc., et al.*, Case No. 3:08-cv-02873-JSW, [Doc. Nos. 15 and 16], Cotchett, Pitre & McCarthy meets all of the standards set forth in Rule 23(g)(1)(B). After carefully considering the requirements of Rule 23(g)(1)(C), the Court concludes that the law firm of Cotchett, Pitre & McCarthy is "best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2)(B).

Defendants do not oppose Cotchett, Pitre and McCarthy's appointment as interim lead counsel for the putative class.

The law firm of Cotchett, Pitre & McCarthy is hereby appointed interim lead class counsel for the putative class pursuant to Rule 23(g), subject to further order from the Court.

DATED: March 6, 2009

/s/ Steven N. Williams
STEVEN N. WILLIAMS (CA # 250940)
swilliams@cpmlegal.com
**COTCHETT, PITRE& McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577
*Attorneys for Plaintiffs Nuts for Candy*

DATED: March 6, 2009

/s/ with permission
ANDREW J. GARCIA (*pro hac vice*)
agarcia@phillipsgarcia.com


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL**
**Case No. M:08-cv-01987 JSW**
**MDL No. 1987**

1

|   |   |
|---|---|
| 1 | **PHILLIPS & GARCIA, LLP** |
| 2 | 13 Ventura Drive<br>North Dartmouth, MA 02747 |
| 3 | Telephone: (877) 892-5620 |

DATED: March 6, 2009     /s/ with permission
ARTHUR S. GOLD (*pro hac vice*)
asg@gcjustice.com
**GOLD & COULSON**
11 South LaSalle Street, Suite 2402
Chicago, IL 60603
Telephone: (312) 372-0777

DATED: March 6, 2009     /s/ with permission
ROSEMARY M. RIVAS (CA # 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700

DATED: March 6, 2009     /s/ with permission
LISA I. CARTEEN (CA # 204764)
lcarteen@bakerlaw.com
**BAKER HOSTETLER LLP**
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
*Attorney for Defendants Ganz Inc. and Ganz U.S.A., LLC*

**IT IS SO ORDERED.**

Dated: March __9____, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE



LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL**
**Case No. M:08-cv-01987 JSW**
**MDL No. 1987**

2