UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE WEBKINZ ANTITRUST LITIGATION | ) ) ) | Case No. M:08-cv-01987 JSW |
| | ) | MDL N0. 1987 |
| ――――――――――――――――― | ) ) | STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | THE COURT'S FEBRUARY 27, 2009 DEADLINES |
| ――――――――――――――――― | ) | |

LAW OFFICES
COTCHETT, PITRE & MCCARTHY

**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING THE COURT'S FEBRUARY 27, 2009 DEADLINES**
**Case No. M:08-cv-01987 JSW**
**MDL No. 1987**

This Court's February 27, 2009 Minute Order required the parties to meet and confer on seven identified topics;

WHEREAS, the parties have met and conferred through counsel;

IT IS THEREFORE STIPULATED, CONSENTED TO, AND AGREED that:

1. **Timing For Filing Stipulation or Motion re Lead Counsel**: Plaintiffs shall file a stipulation and proposed order appointing Cotchett, Pitre and McCarthy as interim lead counsel for the putative class by March 6, 2009.

2. **Timing For Filing Consolidated Complaint**: Plaintiffs shall file a consolidated complaint by March 13, 2009.

3. **Timing of Defendants' Responses to Consolidated Complaint**: Any response to Plaintiffs' Consolidated Complaint shall be filed no later than forty-five days from the date Plaintiffs file the Consolidated Complaint. Should Defendants file a motion in response to Plaintiffs' Consolidated Complaint, Plaintiffs' Opposition shall be filed no later than thirty days after Defendants' motion(s) is filed. Any Reply papers shall be filed no later than fifteen days after the filing of Plaintiffs' Opposition.

4. **Timing For Motion for Class Certification**: Should Plaintiffs' Consolidated Complaint withstand a motion to dismiss, Plaintiffs shall file their motion for class certification within nine months after Defendants file an answer to the Consolidated Complaint.

5. **Summary Judgment Motion Procedures and Schedule**: Plaintiffs and Defendants shall file only one summary judgment motion per side. Should any cross-motion be filed, the parties shall file a total of four briefs in accordance with this Court's February 27, 2009 Order.

6. **Proposed Protective Order**: The Parties shall submit a Protective Order to the Court by April 6, 2009.

///

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING THE COURT'S FEBRUARY 27, 2009 DEADLINES**
**Case No. M:08-cv-01987 JSW**
**MDL No. 1987**                                                                                                                                        1

7. **Other Issues**: At this time, other than a Motion to Bifurcate Discovery to be filed by Defendants with the Magistrate Judge should Plaintiffs' Consolidated Complaint withstand a motion to dismiss, the parties do not believe there are any other issues that may affect the efficient progress and resolution of these actions.

DATED: March 6, 2009

/s/ Steven N. Williams
STEVEN N. WILLIAMS (CA # 250940)
swilliams@cpmlegal.com
**COTCHETT, PITRE& McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577
*Attorneys for Plaintiffs Nuts for Candy*

DATED: March 6, 2009

/s/ with permission
ANDREW J. GARCIA (*pro hac vice*)
agarcia@phillipsgarcia.com
**PHILLIPS & GARCIA, LLP**
13 Ventura Drive
North Dartmouth, MA 02747
Telephone: (877) 892-5620

DATED: March 6, 2009

/s/ with permission
ARTHUR S. GOLD (*pro hac vice*)
asg@gcjustice.com
**GOLD & COULSON**
11 South LaSalle Street, Suite 2402
Chicago, IL 60603
Telephone: (312) 372-0777

DATED: March 6, 2009

/s/ with permission
ROSEMARY M. RIVAS (CA # 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700

///



LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING THE COURT'S FEBRUARY 27, 2009 DEADLINES**
**Case No. M:08-cv-01987 JSW**
**MDL No. 1987**

2

1  DATED: March 6, 2009

/s/ with permission
LISA I. CARTEEN (CA # 204764)
lcarteen@bakerlaw.com
**BAKER HOSTETLER LLP**
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
*Attorney for Defendants Ganz Inc. and Ganz U.S.A., LLC*

**IT IS SO ORDERED.**

Dated: March __9____, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING THE COURT'S FEBRUARY 27, 2009 DEADLINES**
**Case No. M:08-cv-01987 JSW**
**MDL No. 1987**

3