E-Filing

RECEIVED
MAR 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WEBKINZ ANTITRUST LITIGATION

CASE NO. M:08-cv-1987-JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

This Document Relates to
ALL ACTIONS

Mila F. Bartos, whose business address and telephone number is

FINKELSTEIN THOMPSON LLP
1050 30th Street NW, Washington, D.C. 20007
Telephone: (202) 337-8000

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff The Phipps Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 17 2009

_____
United States District Judge
Jeffrey S. White