IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WEBKINZ ANTITRUST LITIGATION | MDL No. 1987<br>N.D. No. 08 - 1987 JSW<br>**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND DENYING PLAINTIFFS' MOTION TO COMPEL 26(f) CONFERENCE** |

Having considered the parties' written submissions, the Court declines to address, at this juncture, the parties' differences of opinion about what terms should be included in a protective order. The Court will address this matter if and when it is decided that the case will proceed into the discovery stage – but only if the parties are unable, through the required meet and confer process, to resolve their differences on this topic.

Given the stay of discovery and the anticipated substantive motion by defendants, the Court also declines to order the parties to participate, at this juncture, in a Rule 26(f) conference. Should the litigation survive defendant's early legal challenge, the parties will

be compelled, by operation of applicable rules, to participate promptly and meaningfully in a Rule 26(f) conference.

At this juncture, the Court DENIES, without prejudice, plaintiff's motions.

IT IS SO ORDERED.

Dated: April 22, 2009

Wayne D. Brazil
U.S. MAGISTRATE JUDGE

Copies: Parties, JSW, WDB, stats