IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WEBKINZ ANTITRUST
LITIGATION,

No. M 08-01987 JSW

_____/

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on June 12, 2009 on Defendants Ganz, Inc. and Ganz U.S.A., LLC's motion to dismiss count one of the consolidated complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 12, 2009 and a reply brief shall be filed by no later than May 19, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 28, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE