<div style="writing-mode: vertical-rl">**United States District Court** For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WEBKINZ ANTITRUST LITIGATION,

No. M 08-01987 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR LEAVE TO FILE AN AMENDED CONSOLIDATED COMPLAINT**

/

This matter is set for a hearing on November 6, 2009 on Plaintiffs' motion for leave to file an amended consolidated complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 8, 2009 and a reply brief shall be filed by no later than September 15, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 24, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE