UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WEBKINZ ANTITRUST LITIGATION | Case No. M:08-cv-01987 JSW |
| | MDL N0. 1987 |
| | [PROPOSED] ORDER RELATING CASE NO. CV 09-03928 TO CASE NO. CV 08-01987 (Civil Local Rule 3-12) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | The Honorable Jeffrey S. White |
| FREEDOM CANDLE COMPANY, A SOLE PROPRIETORSHIP, WIDENSKY'S CLOTHING BOUTIQUE, INC., FORGET-ME-NOT KEEPSAKES & CRAFTS, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, v. GANZ, INC., AND GANZ U.S.A. LLC, DEFENDANTS. | Case No. CV 09-03928 BZ |

1 ~~On August 25, 2006, the case titled *Freedom Candle Co., A Sole Proprietorship,*~~
2 ~~*Widensky's Clothing Boutique, Inc., Forget-Me-Not Keepsakes & Crafts, Inc., On Behalf Of*~~
3 ~~*Themselves And All Others Similarly Situated v. Ganz, Inc. & Ganz U.S.A. LLC* (Case No. CV 09~~
4 ~~03928) ("*Freedom Candle*" Action) was filed in the United States District Court for the Northern~~
5 ~~District of California.~~
6 ~~On September 1, 2009, the *Freedom Candle* Plaintiffs moved this Court to consider~~
7 ~~whether their action should be related to *In Re Webkinz Antitrust Litigation, CV 08-01987*~~
8 ~~("*Webkinz Litigation*"). Because the *Freedom Candle* Action and the related *Webkinz Litigation*~~
9 ~~involve the same defendants; arise from the same or closely related transactions, calls for~~
10 ~~determination of the same or substantially related or similar questions of law and fact; and would~~
11 ~~entail substantial duplication of labor if heard by a different judge assignment of the *Freedom*~~
12 ~~*Candle* Action to this Court will likely conserve judicial resources and promote an efficient~~
13 ~~determination of the actions.~~
14 ~~Having considered the papers submitted, the Court hereby GRANTS Plaintiffs'~~
15 ~~Administrative Motion and Relates Case No. CV 09 03928 to Case No. CV 08-01987.~~
16 For the reasons set forth in the Court's Order granting Plaintiffs' motion to amend and the motion to relate, Case No. 09-3928 shall be related to and consolidated with Case No. M 08-1987.
17 **IT IS SO ORDERED.**
18 Dated: October 30, 2009
19 JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RELATING CASE NO. CV 09-03928 TO
CASE NO. CV 08-01987 (Civil Local Rule 3-12)    1

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY