IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WEBKINZ ANTITRUST
LITIGATION,

No. M 08-01987 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

_____/

This matter is set for a hearing on February 5, 2010 on Defendants Ganz, Inc. and Ganz U.S.A., LLC's motion to dismiss counts one, two, five (in part) and seven of the consolidated complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 21, 2009 and a reply brief shall be filed by no later than January 4, 2010.

In addition, the case management conference, currently set for February 12, 2010 at 1:30 p.m. is HEREBY RESCHEDULED to follow the hearing on the motion to dismiss, on February 5, 2010 at 9:00 a.m. The joint statement shall be filed by no later than January 29, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 7, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE