UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: WEBKINZ ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS. | CASE No. M:08-CV-01987 JSW<br>MDL NO. 1987<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION ON DEFENDANTS' MOTION TO DISMISS COUNTS 1, II, V (IN PART), AND VII OF PLAINTIFFS' CONSOLIDATED COMPLAINT AND RELATED PLEADINGS<br><br>Date: February 5, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Ctrm: Courtroom 11, 19th Floor |

Now pending before the Court is an administrative motion by Defendants' Ganz, Inc. and Ganz U.S.A., LLC ("Defendants") pursuant to Local Rule 7-11 seeking an order allowing Defendants to exceed the applicable page limitation on Defendants' Motion to Dismiss Counts I, II, V (in part) and VII of Plaintiffs' Consolidated Complaint ("Motion to Dismiss") and related pleadings.

WHEREAS, the parties have met and conferred through counsel and Plaintiffs do not object to the relief sought pursuant to Defendants' Motion for Administrative Relief;

After consideration of the briefs and all other matters presented to the Court, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' Motion for Administrative Relief to Exceed Page Limitation on Defendants' Motion to Dismiss Counts I, II, V (in part) and VII of Plaintiffs' Consolidated Complaint is GRANTED, and that the following page limitations shall apply to Defendants' Motion to Dismiss and related pleadings: 25 pages for Defendants' Motion to Dismiss; 25 pages for Plaintiffs' opposition brief; and 15 pages for Defendants' reply brief.

DATED: December 7, 2009

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE