*E-Filed 9/27/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: WEBKINZ ANTITRUST LITIGATION** | CASE No. M:08-CV-01987 RS<br>MDL NO. 1987 |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | ~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Richard Seeborg<br>Ctrm:    Courtroom 3, 17th Floor |

1  Now pending before the Court is a Joint Motion for Continuance of Case Management
2  Conference pursuant to the Federal Rules of Civil Procedure, the Court's Local Civil Rules and
3  the Court's Order of June 15, 2010 from October 14, 2010 (Doc. # 113) at 10:00 A.M. to
4  November 4, 2010 at 10:00 A.M.

5  WHEREAS, the parties have contacted the Court to confirm the availability of the Court
6  to reschedule the Case Management Conference to November 4, 2010 at 10:00 A.M.

7  After consideration of the Motion and all other matters presented to the Court, and good
8  cause appearing therefor, IT IS HEREBY ORDERED that the Joint Motion to Continue the Case
9  Management Conference is GRANTED, and that the Case Management Conference is hereby
10 rescheduled to November 4, 2010 at 10:00 A.M.  The Joint Case Management Conference
11 Statement is due seven (7) days prior to the Case Management Conference on October 28, 2010.

13 DATED: __9/24/10_____        _____
14                                       HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT COURT JUDGE