1  STEVEN N. WILLIAMS (#175489)
   swilliams@cpmlegal.com
2  MATTHEW K. EDLING (#250940)
   medling@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
5  Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
6
   **INTERIM LEAD COUNSEL FOR PLAINTIFFS**
7
   James I. Serota (*pro hac vice*)
8  Scott Martin (*pro hac vice*)
   GREENBERG TRAURIG, LLP
9  200 Park Avenue
   New York, NY 10166-0005
10 Telephone: 212-801-9200
   Facsimile: 212-801-6400
11 Email:      serotaj@gtlaw.com
               martinsc@gtlaw.com
12
   EVAN S. NADEL, California Bar No. 213230
13 GREENBERG TRAURIG, LLP
   153 Townsend Street, 8th Floor
14 San Francisco, CA  94107
   Telephone: 415-655-1300
15 Facsimile: 415-707-2010
   Email: nadele@gtlaw.com
16
   **Attorneys for Defendants**
17 **GANZ, INC. AND GANZ U.S.A., LLC**

18              **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20               **SAN FRANCISCO DIVISION**

21 **IN RE:  WEBKINZ**              )   Case No.: M:08-cv-01987-RS
   **ANTITRUST LITIGATION**        )
22                                 )   MDL NO. 1987
                                   )
23 _____        )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER AMENDING CASE**
24 This Document Relates to:       )   **MANAGEMENT SCHEDULING**
                                   )   **ORDER**   AS MODIFIED BY THE COURT
25 ALL ACTIONS                     )
                                   )
26 _____        )

27

28

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT
SCHEDULING ORDER, Case No.: M:08-cv-01987-RS, MDL NO. 1987**

WHEREAS, after consideration of the Joint Case Management Statement submitted by the parties and statements at the Case Management Conference, the Court entered a Case Management Scheduling Order on May 5, 2011 (the "May 5 Scheduling Order") setting forth a schedule for class certification;

WHEREAS, it has become apparent that the volume of electronically stored information which will be subject to discovery prior to the class certification motion is substantially more extensive than anticipated at the time of the Case Management Conference;

WHEREAS, there have been no undue delays in discovery, and the parties have met and conferred in good faith concerning all discovery issues to date without the need for Court intervention;

WHEREAS, the parties have discussed the need for adjustment of the class certification discovery period set forth in the May 5 Scheduling Order, based upon an anticipated completion of the parties' documentary discovery by early December 2011, and a reasonable period for review, follow-up discovery, and depositions thereafter;

NOW, THEREFORE, pursuant to the Federal Rules of Civil Procedure, the Court's Standing Order and the Court's Local Civil Rules, and good cause appearing, the parties respectfully submit that the May 5 Scheduling Order should be amended as follows:

1.     FURTHER CASE MANAGEMENT CONFERENCE:   The Further Case Management Conference currently scheduled for November 17, 2011 should be adjourned to **April 12, 2012** or such date thereafter as the Court may schedule.  The parties shall file a Joint Case Management Statement **at least one week prior** to the Conference.

2.     CLASS CERTIFICATION BRIEFING SCHEDULE:   Briefing on class certification shall proceed as follows:

A.     On or before **March 5, 2012**, the plaintiffs shall file any motion for class certification, together with plaintiffs' initial expert report, if any.

B.     Defendants shall file any opposition, together with defendants' expert report, by **May 7, 2012**. June 14, 2012

C.     Plaintiffs' reply shall be due, in turn, by ~~June 11,~~ 2012.

Law Offices
COTCHETT, PITRE &
McCARTHY, LLP

1               D.     A hearing on plaintiffs' motion for class certification will take place on

2   **June 28, 2012 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden

3   Gate Avenue, San Francisco, California.

4   Dated:   August 23, 2011                Respectfully submitted,

5                                       COTCHETT, PITRE & McCARTHY, LLP
    San Francisco Airport Office Center
6   840 Malcolm Road, Suite 200
    Burlingame, CA  94010
7   Steven N. Williams
    Matthew K. Edling

8

9                                       */s/ Steven N. Williams*
                                        Steven N. Williams
10

11                                      *Interim Lead Counsel for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT
SCHEDULING ORDER Case No.: M:08-cv-01987-RS, MDL NO. 1987**     3

Respectfully submitted,

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166-0005
James I. Serota
Scott Martin

- and -

GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, CA  94107
Evan S. Nadel

/s/  James I. Serota
James I. Serota

*Attorneys for Defendants*
*GANZ, INC. and GANZ U.S.A., LLC*

**IT IS SO ORDERED.**

Dated:   8/23/11

RICHARD SEEBORG
United States District Judge

///

---

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT SCHEDULING ORDER Case No.: M:08-cv-01987-RS, MDL NO. 1987**                4

Law Offices
COTCHETT, PITRE &
McCARTHY, LLP

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Steven N. Williams, hereby attests that concurrence in the filing of this Stipulation And [Proposed] Order Amending Case Management Scheduling Order has been obtained from Defendants who have provided the conformed signature above.

**COTCHETT, PITRE & McCARTHY, LLP**

By:    _/s/ Steven N.Williams_____

Steven N. Williams

*Interim Lead Counsel for Plaintiffs*

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT
SCHEDULING ORDER Case No.: M:08-cv-01987-RS, MDL NO. 1987                5**