LISA I. DAMJI, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:      310.820.8800
Facsimile:      310.820.8859
Email:      ldamji@bakerlaw.com

BRUCE O. BAUMGARTNER, Bar No. 0025701
(Pro Hac Vice)
ROBIN E. HARVEY, Bar No. 0014183 (Pro Hac
Vice)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone:      513.929.3400
Facsimile:      513-929.0303
Email:      bbaumgartner@bakerlaw.com
           rharvey@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728 (Pro Hac
Vice)
JEREMY M. KEIM, Bar No. 258895
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036-5304
Telephone:      202.861.1500
Facsimile:      202.861.1783
Email:      lsimowitz@bakerlaw.com
           jkeim@bakerlaw.com

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: WEBKINZ ANTITRUST LITIGATION** | Case No.  M:08-CV-01987 RS; MDL No. 1987 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER PERMITTING WITHDRAWAL OF COUNSEL**<br><br>Date:      August 11, 2011<br>Judge:      Hon. Richard Seeborg |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   THE COURT having been advised that Defendants Ganz, Inc. and Ganz U.S.A., LLC

2   have been sufficiently notified by Baker & Hostetler LLP through its named attorneys of record,

3   Lisa I. (Carteen) Damji, Bruce O. Baumgartner, Robin E. Harvey, Lee H. Simowitz and Jeremy

4   M. Keim, of their request to withdraw as counsel of record in this action, and

5   THE COURT having received notice of appearance of alternative counsel (Doc. # 126)

6

7   submitted by Greenberg Traurig on March 10, 2011,

8   NOW THEREFORE, THE COURT having determined that the requirements of Civil

9   Local Rule 11-5 have been satisfied, hereby permits the withdrawal of Baker & Hostetler LLP

10  and its named attorneys of record, Lisa I. (Carteen) Damji, Bruce O. Baumgartner, Robin E.

11  Harvey, Lee H. Simowitz and Jeremy M. Keim, as counsel of record for Ganz, Inc. and Ganz

12  U.S.A., LLC in this captioned matter.

13

14  Dated: 9/19/11

15

16  Hon. Richard Seeborg

17  503723436.2

18

19

20

21

22

23

24

25

26

27

28

ORDER PERMITTING WITHDRAWAL OF COUNSEL
M:08-CV-01987 RS