1  LISA I. DAMJI, Bar No. 204764
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
3  Telephone:   310.820.8800
   Facsimile:   310.820.8859
4  Email:       ldamji@bakerlaw.com

5  BRUCE O. BAUMGARTNER, Bar No. 0025701
   (Pro Hac Vice)
6  ROBIN E. HARVEY, Bar No. 0014183 (Pro Hac Vice)
7  BAKER & HOSTETLER LLP
   312 Walnut Street, Suite 3200
8  Cincinnati, Ohio 45202-4072
   Telephone:   513.929.3400
9  Facsimile:   513-929.0303
   Email:       bbaumgartner@bakerlaw.com
10              rharvey@bakerlaw.com

11 LEE H. SIMOWITZ, Bar No. 185728 (Pro Hac Vice)
12 JEREMY M. KEIM, Bar No. 258895
   BAKER & HOSTETLER LLP
13 1050 Connecticut Avenue, N.W., Suite 1100
   Washington, DC 20036-5304
14 Telephone:   202.861.1500
   Facsimile:   202.861.1783
15 Email:       lsimowitz@bakerlaw.com
                jkeim@bakerlaw.com
16

17 Attorneys for Defendants
   GANZ, INC. and GANZ U.S.A., LLC
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21

22 | IN RE: WEBKINZ ANTITRUST LITIGATION | Case No. M:08-CV-01987 RS; MDL No. 1987 |
   |---|---|
   | | **ORDER PERMITTING WITHDRAWAL OF COUNSEL** |
   | THIS DOCUMENT RELATES TO ALL ACTIONS | Date: August 11, 2011<br>Judge: Hon. Richard Seeborg |

- 2 -

THE COURT having been advised that Defendants Ganz, Inc. and Ganz U.S.A., LLC have been sufficiently notified by Baker & Hostetler LLP through its named attorneys of record, Lisa I. (Carteen) Damji, Bruce O. Baumgartner, Robin E. Harvey, Lee H. Simowitz and Jeremy M. Keim, of their request to withdraw as counsel of record in this action, and

THE COURT having received notice of appearance of alternative counsel (Doc. # 126) submitted by Greenberg Traurig on March 10, 2011,

NOW THEREFORE, THE COURT having determined that the requirements of Civil Local Rule 11-5 have been satisfied, hereby permits the withdrawal of Baker & Hostetler LLP and its named attorneys of record, Lisa I. (Carteen) Damji, Bruce O. Baumgartner, Robin E. Harvey, Lee H. Simowitz and Jeremy M. Keim, as counsel of record for Ganz, Inc. and Ganz U.S.A., LLC in this captioned matter.

Dated: 9/19/11

_____
Hon. Richard Seeborg

503723436.2